# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| JAMES ISAAC, | : | CIVIL ACTION |
|     Plaintiff | : | |
| | : | |
| v. | : | NO. 2:14-cv-07763-WHW-CLW |
| | : | |
| MIDLAND FUNDING, LLC | : | |
|     Defendant | : | |
| | : | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED TO** by the Plaintiff and Plaintiff's attorney that the above entitled action against Defendant shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party, and that judgment of dismissal with prejudice may be entered in the above entitled action pursuant hereto.

Respectfully submitted,

Yaakov Saks

/s/Yaakov Saks

RC Law Group
285 Passaic Street
Hackensack, NJ, 07601
Attorney for Plaintiff  James Isaac

{00557137;v1}